# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**FERNANDO RODRIQUEZ**                                                                 **PETITIONER**

**VS.**                            **CASE NO. 5:11V00202 SWW**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                             **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice.  The relief sought is denied.  The certificate of appealability is denied.

IT IS SO ORDERED this 26th day of January, 2012.


                                                                /s/Susan Webber Wright
                                                                UNITED STATES DISTRICT JUDGE